Our final case of the morning is the Village of Schaumburg v. Permasteelisa North America. Mr. Henna